# EXHIBIT 1


OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

JOEY SHUTRUMP,
    Plaintiff,
v.
SAFECO INSURANCE COMPANY OF AMERICA,
    Defendant, and
ISIDRA BAUTISTA,
    Defendant.

No. CJ-2016-2280
(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)

Filed: 06/20/2016

Judge: Cantrell, Daman H.

## PARTIES

BAUTISTA, ISIDRA, Defendant
SAFECO INSURANCE COMPANY OF AMERICA, Defendant
SHUTRUMP, JOEY, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| O'CONNOR, WILLIAM W (Bar #13200)<br>15 WEST 6TH STREET<br>SUITE 2700<br>TULSA, OK 74119 | SAFECO INSURANCE COMPANY OF AMERICA, |
| SMOLEN, DONALD E II (Bar #19944)<br>SMOLEN,SMOLEN & ROYTMAN PLLC<br>701 S CINCINNATI AVE<br>TULSA, OK 74119 | SHUTRUMP, JOEY |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, December 19, 2016 at 10:00 AM<br>HEARING ON PL'S MOTION TO SEVER.....DONALD SMOLEN, PL...WILLIAM O'CONNOR, DF | | Daman H. Cantrell | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: SHUTRUMP, JOEY
Filed Date: 06/20/2016

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SAFECO INSURANCE COMPANY OF AMERICA | |
| **Defendant:** BAUTISTA, ISIDRA | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-20-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 06-20-2016 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 06-20-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 06-20-2016 | PFE1 | PETITION<br>Document Available (#1032980944)<br>📄TIFF   📄PDF | | | $ 163.00 |
| 06-20-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 06-20-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-20-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 06-20-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 06-20-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 06-20-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 06-20-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 06-20-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-20-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 06-20-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 06-20-2016 | SMF | SUMMONS FEE (CLERKS FEE) - (2) | | | $ 10.00 |
| 06-20-2016 | SMIP | SUMMONS ISSUED - PRIVATE PROCESS SERVER - (2) | | | |
| 06-20-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CANTRELL, DAMAN H. TO THIS CASE. | | | |
| 06-20-2016 | ACCOUNT | RECEIPT # 2016-3359731 ON 06/20/2016. PAYOR:SMOLEN SMOLEN & ROYTMAN PLLC TOTAL AMOUNT PAID: $223.66. LINE ITEMS: CJ-2016-2280: $173.00 ON AC01 CLERK FEES. CJ-2016-2280: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2016-2280: $0.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2016-2280: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2016-2280: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2016-2280: $2.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2016-2280: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2016-2280: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2016-2280: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 07-12-2016 | MO | SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS OR TO CLARIFY DAMAGES / A2J / COVER SHEET<br>Document Available (#1033902405)<br>📄TIFF  📄PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 07-15-2016 | AMP | AMENDED PETITION<br>Document Available (#1033900236)<br>📄TIFF  📄PDF | | SHUTRUMP, JOEY | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-19-2016 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. SAFECO INSURANCE COMPANY OF AMERICA / CERT MAIL / STAMPED / SEE DOC / DEL ON 6-24-16<br>Document Available (#1033897121)<br>TIFF  PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 07-21-2016 | RESP | PLAINTIFF'S RESPONSE TO DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS OR TO CLARIFY DAMAGES<br>Document Available (#1033898338)<br>TIFF  PDF | | SHUTRUMP, JOEY | |
| 08-01-2016 | A | ANSWER OF DEFENDANT SAFECO ISURANCE COMPANY OF AMERICA / TO THE PETITION OF THE PLAINTIFF / CERTIFICATE OF SERVICE<br>Document Available (#1034159727)<br>TIFF  PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 08-01-2016 | MO | SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO SEVER AND BRIEF IN SUPPORT / CERTIFICATE OF SERVICE<br>Document Available (#1034159723)<br>TIFF  PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 08-15-2016 | RESP | PLAINTIFF'S RESPONSE IN OBJECTION TO DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO SEVER<br>Document Available (#1034265003)<br>TIFF  PDF | | SHUTRUMP, JOEY | |
| 08-24-2016 | APLI | DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S UNOPPOSED APPLICATION FOR LEAVE TO FILE A REPLY BRIEF / A2J<br>Document Available (#1034380982)<br>TIFF  PDF | | | |
| 08-29-2016 | CTFREE | MINUTE ORDER: GRANTED - DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S UNOPPOSED APPLICATION FOR LEAVE TO FILE A REPLY WITHIN 5 DAYS OF THE DATE OF THIS ORDER; ORDER ENTERED. | | | |
| 08-29-2016 | O | ORDER<br>Document Available (#1034380145)<br>TIFF  PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 09-02-2016 | R | DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S REPLY IN SUPPORT OF ITS MOTION TO SEVER / C2J<br>Document Available (#1034376375)<br>TIFF  PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 09-30-2016 | AFD | AFFIDAVIT AND APPLICATION FOR PUBLICATION<br>Document Available at Court Clerk's Office | | | |
| 10-05-2016 | CTFREE | MINUTE ORDER: GRANTED - ORDER AUTHORIZING SERVICE BY PUBLICATION. | | | |
| 10-07-2016 | NO | NOTICE OF SUIT FILED & SERVICE BY PUBLICATION<br>Document Available (#1034769558)<br>TIFF  PDF | | | |
| 10-07-2016 | O | ORDER AUTHORIZING SERVICE BY PUBLICATION<br>Document Available (#1034769554)<br>TIFF  PDF | | | |
| 10-24-2016 | CTFREE | CANTRELL, DAMAN: SAFECO'S MOTION TO DISMISS FILED ON 7-12-16 APPEARS TO BE MOOT BASED ON AMENDED PETITION. | | | |
| 10-24-2016 | CNOTE | CLERK'S NOTE: 10-24-16 ORDER MAILED TO WILLIAM OCONNOR AND DONALD SMOLEN. | | | |
| 10-25-2016 | O | ORDER / CERT OF MAILING<br>Document Available (#1034951134)<br>TIFF  PDF | | | |
| 10-28-2016 | CTFREE | CANTRELL, DAMAN: PLAINTIFF'S MOTION TO SEVER IS SET FOR HEARING ON 12-19-16 AT 10:00 AM. | | | |
| 10-31-2016 | CNOTE | CLERK'S NOTE: 10-28-16 ORDER MAILED TO WILLIAM O'CONNOR AND DONALD SMOLEN. | | | |
| 10-31-2016 | O | ORDER / CERT OF MAILING<br>Document Available (#1034949724)<br>TIFF  PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 11-07-2016 | MO | DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER / A2J<br>Document Available (#1035228458)<br>📄TIFF  📄PDF | | SAFECO INSURANCE COMPANY OF AMERICA | |
| 11-14-2016 | PP | PROOF OF PUBLICATION (OK WKLY GRP)<br>Document Available (#1033592985)<br>📄TIFF  📄PDF | | | |
| 11-14-2016 | S | CLERKS NOTE: THIS IS NOT AN INSTRUMENT - THIS IS TO SHOW SERVICE ON: ISISRA BAUTISTA<br>Document Available (#1033592985)<br>📄TIFF  📄PDF | | BAUTISTA, ISIDRA | |
| 11-14-2016 | CTFREE | MINUTE ORDER: GRANTED - AGREED PROTECTIVE ORDER. | | | |
| 11-15-2016 | O | AGREED PROTECTIVE ORDER<br>Document Available (#1034949003)<br>📄TIFF  📄PDF | | | |
| 12-09-2016 | CNOTE | CLERK'S NOTE: PER MR SMOLEN HE DOES NOT NEED A COURT REPORT FOR THE HEARING ON 12-19-16 BUT WANTED TO LET ME KNOW THAT THEY HEARING IS ON DF'S MOTION TO SERVER AND PL'S. | | | |
| 01-12-2017 | CTFREE | MINUTE ORDER: GRANTED - DEFENDANT SAFECO INSURANCE COMPANY'S UNOPPOSED MOTION TO SEVER IS GRANTED; THEREFORE DF ISIDRA BAUTISTA IS SEVERED FROM PLAINTIFF'S CLAIMS FOR BREACH OF CONTRACT AND BREACH OF THE DUTY OF GOOD FAITH. | | | |
| 01-12-2017 | O | ORDER /<br>Document Unavailable (#1035805101) | | | |