**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOEY SHUTRUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-22-CVE-JFJ |
| ) | |
| SAFECO INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Joey Shutrump ("Plaintiff"), by and through his counsel of record, Donald E. Smolen, II, and Laura L. Hamilton of Smolen, Smolen & Roytman, PLLC, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/Donald E. Smolen, II
Donald E. Smolen, II, OBA No. 19944
Laura L. Hamilton, OBA No. 22619
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Telephone:  (918) 585-2667
Facsimile:   (918) 585-2669
donaldsmolen@ssrok.com
laurahamilton@ssrok.com

**ATTORNEYS FOR PLAINTIFF JOEY SHUTRUMP**

-and-

s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
Hall, Estill, Hardwick, Gable, Golden & Nelson
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT, SAFECO INSURANCE COMPANY OF AMERICA**

* *Signed by filing attorney with permission of Defendant's attorney.*